No. 96–1197.  GOEHRING ET AL. v. DEL JUNCO ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 96–1199.  MULLER, A MINOR CHILD, BY HIS PARENTS AND NEXT FRIENDS, MULLER ET AL. v. JEFFERSON LIGHTHOUSE SCHOOL ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 96–1208.  MEEHAN v. TOWN OF EAST LYME ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 96–1214.  CRANE v. OLSTEN STAFFING SERVICES ET AL. Dist. Ct. App. Fla., 1st Dist.  Certiorari denied.

No. 96–1218.  LAFAYETTE MOREHOUSE, INC., ET AL. v. COUNTY OF CONTRA COSTA.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 96–1219.  MICHIGAN DOCUMENT SERVICES, INC., ET AL. v. PRINCETON UNIVERSITY PRESS ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 96–1239.  NUNES v. FLORIDA BAR.  Sup. Ct. Fla.  Certiorari denied.

No. 96–1282.  DANIELS v. UNITED STATES POSTAL SERVICE. C. A. Fed. Cir.  Certiorari denied.

No. 96–1305.  HAMPTON v. ILLINOIS.  App. Ct. Ill., 2d Dist. Certiorari denied.

No. 96–1308.  LOVELL v. HURFORD ET AL.  C. A. 5th Cir. Certiorari denied.

No. 96–1313.  DODSON v. RUNYON, POSTMASTER GENERAL. C. A. 2d Cir.  Certiorari denied.

No. 96–1333.  YOUNG v. CALIFORNIA.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 96–1350.  FARLEY v. CESSNA AIRCRAFT CO.  C. A. 3d Cir. Certiorari denied.